UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case Nos.    3:05cr5/RV/CJK
                                                                                          3:14cv298/RV/CJK
**ROBBIE DELMAR WHEELER**
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 1, 2014 (doc. 103).  The parties have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections (doc. 105).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The motion to vacate, set aside, or correct sentence (doc. 101) is summarily **DENIED and DISMISSED** as untimely.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of July, 2014.

/s/  *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**